IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEGRATED HEALTH | : | Case Nos. 00-389 through 00-826 (MFW) |
| SERVICES, INC., et al. | | Jointly Administered |
| | : | |
| Debtors | | |

---

| | | |
|---|---|---|
| FSQ, INC., et al. | : | |
| Plaintiffs | : | |
| v. | : | 04-mc-32 GMS |
| INTEGRATED HEALTH SERVICES INC., et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

### **O R D E R**

WHEREAS, on February 11, 2004, a motion for leave to appeal was filed in this miscellaneous case by FSQ, Inc. (D.I. 1);

WHEREAS, as of this date, the docket in this case reflects that no opposition to the motion for leave to appeal was ever filed;

IT IS HEREBY ORDERED that:

FSQ's Motion for Leave to File an Appeal is hereby GRANTED.

December 15, 2005

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE