IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEGRATED HEALTH SERVICES, INC., et al.<br><br>Debtors | Case Nos. 00-389 through 00-826 (MFW)<br>Jointly Administered |
| FSQ, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>INTEGRATED HEALTH SERVICES INC., et al.<br><br>Defendants | C.A. No. 04-mc-32 (GMS) |

## STIPULATION AND ORDER GRANTING STAY OF APPEAL

FSQ, Inc., et al (collectively "FSQ Plaintiffs") and the United States Department of Health and Human Services ("HHS") stipulate as follows:

WHEREAS, on or about August 9, 2002, the FSQ Plaintiffs, commenced an adversary proceeding entitled FSQ, Inc., et al., v. Integrated Health Services, Inc. et al, United States Bankruptcy Court for the District of Delaware, Adv. Pro. No. 02-5193 (the "Adversary Proceeding"), in which HHS was one of the named defendants;

WHEREAS, on or about December 30, 2003, the Bankruptcy Court entered in the Adversary Proceeding an Order (the "Dismissal Order") granting the HHS Motion to Dismiss all Counts against HHS in the complaint by which the Adversary Complaint was commenced;

530712.1 12/21/05

WHEREAS, on or about January 9, 2004, the FSQ Plaintiffs filed Federal Rule of Bankruptcy Procedure 8003 Motion for Leave to Appeal, which was granted on or about December 15, 2005;

WHEREAS, the FSQ Plaintiffs and each of the remaining defendants in the Adversary Proceeding have filed motions for summary judgment, the briefings for each is substantially completed;

WHEREAS, the Bankruptcy Court's ruling on the Motions for Summary Judgment will likely dispose of the need for the appeal or further define the issues to be considered on the appeal; and

WHEREAS, under the circumstances it is in the interest of judicial economy to await the Bankruptcy Court's decisions on the pending Motions for Summary Judgment.

NOW THEREFORE, the FSQ Plaintiffs and HHS stipulate that:

1. All deadlines applicable to the within Appeal shall be stayed and extended until thirty (30) days following the entry by the Bankruptcy Court of the last order ruling on the pending Motions for Summary Judgment filed by the FSQ Plaintiffs and the various remaining defendants.

REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| Counsel for the United States, | Counsel for Plaintiffs FSQ, Inc., et al, |

Peter D. Keisler
Assistant Attorney General

Richard G. Andrews
Acting United States Attorney

Ellen W. Slights
Assistant U.S. Attorney

*/s/ Matthew J. Troy with permission Jeremy Ryan*
J. Christopher Kohn
James G. Bruen, Jr.
Matthew J. Troy
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 2004
Tel. No.: 202-307-0488
Fax No.: 202-307-0494

Mark Minuti (No. 2659)
Jeremy W. Ryan (No. 4057)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel. No.: 302-421-6840
Fax No.: 302-421-5873

and

Gayle P. Ehrlich (BBO #546861)
Jeffrey E. Francis (BBO #639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
Tel. No.: 617-338-2800
Fax No.: 617-338-2880

So Ordered this _____ day of December, 2005.

_____
United States District Court Judge