**SAUL EWING**
Attorneys at Law
A Delaware LLP

MARK MINUTI
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

December 21, 2005

**By Hand Delivery**

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

Re: FSQ, Inc., et al. v. Integrated Health Services, Inc., et al.
Case No4-MC-32 (GMS)

Dear Judge Sleet:

      This office represents the appellant in the above-referenced matter. Attached please find the parties' Stipulation and Order Granting Stay of Appeal (the "Stipulation and Order"). On December 15, 2005, Your Honor granted FSQ, Inc., et al's Federal Rule of Bankruptcy Procedure 8003 Motion for Leave to Appeal. After conferring, the parties to the appeal have determined that it would be advisable to await the Bankruptcy Court's ruling on two (2) Motions for Summary Judgment, which are substantially fully submitted. As reflected in the Stipulation and Order, the Bankruptcy Court's ruling on the Motions for Summary Judgment will likely dispose of the need for the appeal or further define the issues to be considered on appeal. As a result, the parties have entered into the Stipulation and Order providing for a stay of the appeal pending the Bankruptcy Court's rulings on the Motions for Summary Judgment.

      Thank you for your consideration in this matter. Of course, counsel for the parties are available should you have any questions concerning the foregoing.

Respectfully submitted,

*Mark Minuti /s/ with permission*
*Jeremy Ryan*
Mark Minuti

MM/rew
Enclosure
cc: Mathew Troy, Esq. (w/enc.)
    (Counsel for the United States Department of Health and Human Services)
    Gayle P. Ehrlich, Esq. (w/enc.)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

530714.1 12/21/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEGRATED HEALTH<br>SERVICES, INC., et al.<br><br>Debtors | Case Nos. 00-389 through 00-826 (MFW)<br>Jointly Administered |
| FSQ, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>INTEGRATED HEALTH SERVICES<br>INC., et al.<br><br>Defendants | C.A. No. 04-mc-32 (GMS) |

**STIPULATION AND ORDER GRANTING STAY OF APPEAL**

FSQ, Inc., et al (collectively "FSQ Plaintiffs") and the United States Department of Health and Human Services ("HHS") stipulate as follows:

WHEREAS, on or about August 9, 2002, the FSQ Plaintiffs, commenced an adversary proceeding entitled FSQ, Inc., et al., v. Integrated Health Services, Inc. et al, United States Bankruptcy Court for the District of Delaware, Adv. Pro. No. 02-5193 (the "Adversary Proceeding"), in which HHS was one of the named defendants;

WHEREAS, on or about December 30, 2003, the Bankruptcy Court entered in the Adversary Proceeding an Order (the "Dismissal Order") granting the HHS Motion to Dismiss all Counts against HHS in the complaint by which the Adversary Complaint was commenced;

530712.1 12/21/05

WHEREAS, on or about January 9, 2004, the FSQ Plaintiffs filed Federal Rule of Bankruptcy Procedure 8003 Motion for Leave to Appeal, which was granted on or about December 15, 2005;

WHEREAS, the FSQ Plaintiffs and each of the remaining defendants in the Adversary Proceeding have filed motions for summary judgment, the briefings for each is substantially completed;

WHEREAS, the Bankruptcy Court's ruling on the Motions for Summary Judgment will likely dispose of the need for the appeal or further define the issues to be considered on the appeal; and

WHEREAS, under the circumstances it is in the interest of judicial economy to await the Bankruptcy Court's decisions on the pending Motions for Summary Judgment.

NOW THEREFORE, the FSQ Plaintiffs and HHS stipulate that:

1. All deadlines applicable to the within Appeal shall be stayed and extended until thirty (30) days following the entry by the Bankruptcy Court of the last order ruling on the pending Motions for Summary Judgment filed by the FSQ Plaintiffs and the various remaining defendants.

REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| Counsel for the United States, | Counsel for Plaintiffs FSQ, Inc., et al, |
| Peter D. Keisler<br>Assistant Attorney General | /s/ Mark Minuti<br>Mark Minuti (No. 2659)<br>Jeremy W. Ryan (No. 4057)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Tel. No.: 302-421-6840<br>Fax No.: 302-421-5873 |
| Richard G. Andrews<br>Acting United States Attorney | |
| Ellen W. Slights<br>Assistant U.S. Attorney | |
| /s/ Matthew Troy with permission Jeremy Ryan<br>J. Christopher Kohn<br>James G. Bruen, Jr.<br>Matthew J. Troy<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 2004<br>Tel. No.: 202-307-0488<br>Fax No.: 202-307-0494 | and<br><br>Gayle P. Ehrlich (BBO #546861)<br>Jeffrey E. Francis (BBO #639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA 02109<br>Tel. No.: 617-338-2800<br>Fax No.: 617-338-2880 |

So Ordered this _____ day of December, 2005.

_____
United States District Court Judge