IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FSQ, INC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Misc. Case No. 04-32-KAJ |
| INTEGRATED HEALTH SERVICES ) | |
| INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 27th day of November, 2006,

This case was recently reassigned from Judge Sleet to Judge Jordan,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before December 1, 2006.

_____
UNITED STATES DISTRICT JUDGE