IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FSQ, INC., *et al.*, | : |
| Plaintiffs, | : |
| v. | : Misc. Case No. 04-32-KAJ |
| INTEGRATED HEALTH SERVICES INC., *et al.* | : |
| Defendants. | : |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeannine R. Lesperance, Esquire, to represent Defendant the United States Department of Health and Human Services in this action.

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          /s/ Ellen W. Slights

By: Ellen W. Slights
     Delaware Bar I.D. No. 2782
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, Delaware 19899-2046
     (302) 573-6277
     ellen.slights@usdoj.gov

Dated: November 29, 2006

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

                                          Honorable Kent A. Jordan
                                          United States District Court Judge

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FSQ, INC., *et al.*, | : |
| Plaintiffs, | : |
| v. | : Misc. Case No. 04-32-KAJ |
| INTEGRATED HEALTH SERVICES INC., *et al.* | : |
| Defendants. | : |

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jeannine R. Lesperance
Trial Attorney
Maryland Bar (no bar number)
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
(202) 616-2236
jeannine.lesperance@usdoj.gov

Date: November 29, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FSQ, INC., *et al.*..

        Plaintiffs,

v.                                  Misc. Case No. 04-32-KAJ

INTEGRATED HEALTH SERVICES
INC., *et al.*

        Defendants.

## AFFIDAVIT OF SERVICE

    I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on November 29, 2006, I electronically filed the foregoing **Motion and Order for Admission Pro Hac Vice** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Alfred Villoch, III
Buchanon Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Ian Connor Bifferato
Bifferato Gentilotti Biden & Balick
1308 Delaware Ave.
PO Box 2165
Wilmington DE 19899
(302) 429-1900
icb@bgbblaw.com

Megan N. Harper
PO Box 2087
Wilmington DE 19899
(302) 467-4400
harper@lrclaw.com

Francis G.X. Pileggi
Fox Rothschild LLP
919 North Market St. Suite 1300
PO Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
fpileggi@foxrothschild.com

Janet Kathleen Stickles
Saul Ewing LLP
222 Delaware Ave. #1200
PO Box 1266
Wilmington DE 19899
(302) 421-6800
kstickles@saul.com

Michael Busenkell
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave., Suite 1360
Wilmington, DE 19801
(302) 425-0430
mbusenkell@eckertseamans.com

William P. Bowden
Ashby & Geddes
222 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
wbowden@ashby-geddes.com

Marc Minuti
Saul Ewing LLP
222 Delaware Ave #1200
PO Box 1266
Wilmington, DE 19899
(302) 421-6800
mminuti@saul.com

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
(302) 571-6600
emorton@ycst.com

/s/ Kathie Gray

_____
Kathie Gray
Office of the United States Attorney
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899