IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FSQ, INC., *et al.*, :
:
Plaintiffs, :
v. : Misc. Case No. 04-32-KAJ
:
INTEGRATED HEALTH SERVICES :
INC., *et al.* :
:
Defendants. :

## MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

Pursuant to 28 U.S.C. §§ 515, 517, 518, the United States respectfully moves this Court for an Order allowing Department of Justice Attorney, Jeannine R. Lesperance, to appear before this Court without local counsel. Additionally, the United States requests that Ms. Lesperance be provided with an electronic filing password so that she can remotely file pleadings with this Court. In support of this motion, the United States provides the following:

1. The statutes of the United States allow for the Attorney General to send its attorneys to state and federal courts throughout the nation. See 28 U.S.C. § 515 (the Attorney General or any other officer of the Department of Justice may conduct any kind of legal proceeding which United States attorneys are authorized by law to conduct, whether or not he/she is a resident of the district in which the proceeding is brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State); 28 U.S.C.

§ 518 (The Attorney General may direct an officer of the Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that Local Rule 83.5 of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, it would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

2. In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Commercial Litigation Branch in Washington, DC. In turn, the Commercial Litigation Branch has designated Jeannine R. Lesperance as the lead attorney.

3. Department of Justice attorney Jeannine R. Lesperance has already been admitted to this Court *pro hac vice*. As such, she has submitted to the disciplinary jurisdiction of this Court, and has certified that she is generally familiar with this Court's Local Rules. Additionally, Ms. Lesperance is an able and competent attorney. Ms. Lesperance graduated from the University of Virginia School of Law in May 1992. She is an active member of the State Bar of Maryland. She clerked for the Hon. Rya W. Zobel of the United States District Court for the District of Massachusetts from August 1992 to September 1993. Following her clerkship, Ms. Lesperance was selected for employment with the Justice Department through the Attorney General's Honors Program. Ms. Lesperance has served as a Trial Attorney in the Commercial Litigation

Branch, Civil Division, from October 1993 to the present. In that capacity, she has been the lead attorney in numerous Federal cases, many in the Delaware Bankruptcy Court.

Accordingly, for the reasons set forth above, the United States respectfully requests that Department of Justice Attorney, Jeannine R. Lesperance, be allowed to appear before this Court without local counsel and that she be provided with an electronic filing password so that she can remotely file pleadings with this Court. A proposed order is attached hereto.

Dated: November 30, 2006

COLM F. CONNOLLY
United States Attorney

**/s/ Ellen W. Slights**

Ellen W. Slights
Assistant United States Attorney
Delaware Bar No. 2782
1007 N. Orange Street, Suite 700
Wilmington. DE 19801
(302) 573-6277 ext. 158
Ellen.Slights@usdoj.gov

Jeannine R. Lesperance
Trial Attorney
Maryland Bar (no bar number)
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
(202) 616-2236
jeannine.lesperance@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FSQ, INC., *et al.*.          :
                              :
       Plaintiffs,            :
   v.                         :       Misc. Case No. 04-32-KAJ
                              :
INTEGRATED HEALTH SERVICES    :
INC., *et al.*                :
                              :
       Defendants.            :

### **ORDER**

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney, Jeannine R. Lesperance, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the ____ day of _____, 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney, Jeannine R. Lesperance, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with her; and it is,

FURTHER ORDERED that the Clerk's Office provide Department of Justice Attorney, Jeannine R. Lesperance, with an Electronic Filing Log-In and Password so that

she may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2006, I electronically filed the attached MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William P. Bowden
wbowden@ashby-geddes.com

Ellen W. Slights
ellen.slights@usdoj.gov
kathie.gray@usdoj.gov
usade.ecf@usdoj.gov

Francis G.X. Pileggi
fpileggi@foxrothschild.com
mrutkowski@foxrothschild.com

Mark Minuti
mminuti@saul.com
rwarren@saul.com
saulbankruptcy@saul.com

Janet Kathleen Stickles
kstickles@saul.com
saulbankruptcy@saul.com

Ian Connor Bifferato
icb@bgbblaw.com
jkk@bgbblaw.com

Edmon L. Morton
emorton@ycst.com
bank@ycst.com

Michael Busenkell
mbusenkell@eckertseamans.com

Megan N. Harper
Harper@lrclaw.com

I also certify that I separately sent notice to the following:

Alfred Villoch, III
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

/s/ Ellen W. Slights
_____
Ellen W. Slights
Assistant United States Attorney