IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEGRATED HEALTH SERVICES, INC., *et al.*, | : : : | Case Nos. 00-389 through 00-826 (MFW) Joint Administered |
| Debtors. | : | |
| | | |
| FSQ, INC., *et al.*, | : : : | |
| Plaintiff, | : : | C.A. No.: 04-mc-32 (KAJ) |
| vs. | : : : | |
| INTEGRATED HEALTH SERVICES, INC., *et al.*, | : : : : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL AND REQUEST TO BE
REMOVED FROM SERVICE LIST(S)**

**PLEASE TAKE NOTICE** that Francis G.X. Pileggi hereby withdraws his appearance on behalf of Health Care Services, Inc. and wishes to be removed from any applicable service list(s) in the above-captioned case.

Francis G.X. Pileggi, Esquire
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

WM1A 89925v1 12/04/06

                Respectfully submitted,

                **FOX ROTHSCHILD LLP**

By:   /s/ *Francis G.X. Pileggi (#2624)*
       Francis G.X. Pileggi, Esquire
       919 N. Market Street, Suite 1300
       Wilmington, DE 19801-3046
       Tel (302) 654-7444/Fax (302) 656-8920
       fpileggi@foxrothschild.com

Dated: December 4, 2006