

## BIFFERATO GENTILOTTI
## BIDEN & BALICK

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
Linda Richenderfer
Veronica O. Faust
Joanne Ceballos
David W. deBruin
David A. Denham
James E. Drnec
Catherine Zwodak Kilian
Joseph K. Koury
Garvan F. McDaniel
Chad J. Toms
_____

*Senior Counsel*
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

December 8, 2006



**HAND DELIVERY**
Clerk of Court
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

  Re: FSQ, Inc. et al. v. Integrated Health Services, Inc., et al.
    Case No.: 04-MC-32 (KAJ)

Clerk of Court:

  This firm is listed as counsel to the Debtor, Integrated Health Services Inc., in the above-mentioned matter that is currently on appeal. However, this firm has never been counsel to any party in this particular appeal. We believe we may have been mistakenly included on the appeal by the appellants because our firm appears on the bankruptcy Court's docket as counsel to the Debtor, which is a result of some special litigation work that was performed for the Debtor.

  I respectfully request that the Court remove this firm from the docket as counsel for the Debtor. I am available at the convenience of the Court should the



www.bgbblaw.com

1308 Delaware Avenue 200 Biddle Avenue, Suite 200 711 King Street 701 Rehoboth Avenue
Wilmington, DE 19806 Newark, DE 19702 Wilmington, DE 19801 Rehoboth Beach, DE 19971
Phone: 302 429 1900 Phone: 302 429 1900 Phone: 302 658 4265 Phone: 302 227 6600
Fax: 302 429 8600 Fax: 302 832 7540 Fax: 302 658 1682 Toll-Free: 866 618 2433
    Fax: 302 227 6779

*BIFFERATO, GENTILOTTI, BIDEN & BALICK*
*December 8, 2006*
*Page 2*

Court have further questions or require more information.

Respectfully,

Garvan F. McDaniel

GFM/jmr
cc: Edmond Morton, Esq.
      Mark Minuti, Esq.
      Jeanine R. Lesperance, Esq.
      Ellen W. Slights, Esq.