

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444 Fax 302.656.8920
www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 655-3667
Email Address: fpileggi@foxrothschild.com

December 20, 2006

VIA HAND DELIVERY AND eFILING

Clerk of Court
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

Re:    *FSQ, Inc. et al. v. Integrated Health Services, Inc., et al.*
       Case No.: 04-MC-32 (KAJ)

Clerk of Court:

I am on the service list in the above-mentioned matter that is currently on appeal, however, this firm has never been counsel to any party in this particular appeal. We believe we may have been mistakenly included on the appeal by the appellants because our firm appears on the bankruptcy Court's docket as counsel to a former creditor.

I respectfully request that the Court remove me from the docket and from the service list. I am available at the convenience of the Court should the Court have further questions or require more information. Thank you.

Respectfully,

*/s/ F.-X. Pileggi/*

Francis G.X. Pileggi
Del. Bar I.D. 2624
FGXP:mar

WM1A 90734v1 12/19/06

A Pennsylvania Limited Liability Partnership

California        Florida     Nevada     New Jersey     New York     Pennsylvania



Fox Rothschild LLP
ATTORNEYS AT LAW

Clerk of Court
December 20, 2006
Page 2


cc: Edmond Morton, Esquire
    Mark Minuti, Esquire
    Jeanine R. Lesperance, Esquire
    Ellen W. Slights, Esquire

WM1A 90734v1 12/19/06